ATTORNEY GRIEVANCE COMMISSION      *     IN THE
OF MARYLAND

                                         *     COURT OF APPEALS

                                         *     OF MARYLAND

                                         *

             Petitioner,                      Misc. Docket AG

                                         *     No. 0017

v.                                                 September Term, 2016

                                         *     Circuit Court of Montgomery County

ELENA TILLY                                 Case No. 32434-M

                                         *

                                                Misc. Docket AG

                                         *     No. 0073

                                                 September Term, 2016

            Respondent.                   Circuit Court of Montgomery County

                                         Case No. 429289V

## ORDER

This matter having come before the Court upon the filing of a Joint Petition for Indefinite Suspension by Consent, it is this __16th__ day of _____March_____, 2017,

ORDERED, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-736, that Respondent, Elena Tilly, an attorney not admitted to practice in this state, is hereby indefinitely suspended from the practice of law in Maryland based on her acknowledgement that sufficient evidence could be produced to establish that she committed professional misconduct violating Rules 1.1, 1.15(d) and (e), 3.3(a), 5.3(a),(b),(c), and (d), 5.5(b), 7.1(a) and (b), 7.5(b), and 8.4(a)(c) and (d) of the Maryland Lawyers' Rules of Professional Conduct in effect prior to July 1, 2016; and it is further

ORDERED, that the Clerk of this Court is directed to place the name of Elena Tilly on the list maintained in this Court of non-admitted attorneys who are excluded from exercising in any manner the privilege of practicing law in this State, to forward copies of this order in accordance with Maryland Rule 19-742(g)(1), and to give the notice required by Rule 19-707(e).

                                        /s/ Clayton Greene Jr.

                                        Senior Judge

7